DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

In the Interest of D.B., M.B., and M.B, children.

C.B.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES and
GUARDIAN AD LITEM OFFICE,

Appellees.

No. 2D2025-1427, 2D2025-1472
CONSOLIDATED
_____

October 31, 2025

Appeal from the Circuit Court for Hillsborough County; Daryl M. Manning, Judge.

Rinky S. Parwani of Parwani Law, P.A., Tampa, for Appellant.

Mary Soorus of Children's Legal Services, Tampa, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Sarah Todd Weitz, Senior Attorney, Tallahassee, for Appellee Guardian ad Litem Office.

PER CURIAM.

Affirmed.

LaROSE, BLACK, and SMITH, JJ., Concur.
_____
Opinion subject to revision prior to official publication.